# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. DELEON,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No. 1:20-cv-01779-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>SIXTY DAY DEADLINE |

On May 7, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. The notice requests that the Court retain jurisdiction for any matters related to completing and enforcing the settlement. The parties are advised that once dispositional documents are filed, the Court will not retain jurisdiction over a settlement post-judgment without a specific showing that it is necessary in the action. This Court is one of the busiest Court's in the country and sees no need to tie up two judges with retention of jurisdiction without good cause.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **May 10, 2021**

                                                          UNITED STATES MAGISTRATE JUDGE